UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE HAIRSTON,

        Plaintiff,         Case No. 09-13907
                                  Hon. Anna Diggs Taylor
v.                                  Magistrate Judge Donald A. Scheer

DRUG ENFORCEMENT AGENCY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## (D/E-23)

This matter is before the court on Magistrate Judge Donald A. Scheer's Report and Recommendation of April 28, 2010, recommending that Defendant's Motion to Dismiss be Granted, because Plaintiff failed to state a claim upon which relief can be granted.

The court has reviewed the file, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections and Defendant's Response. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

THEREFORE, the court will accept the Magistrate's Report and Recommendation of April 28, 2010, as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Scheer's Report and Recommendation of April 28, 2010, is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is granted, as Plaintiff has failed to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**


DATED: July 22, 2010                                **s/Anna Diggs Taylor**
                                                              ANNA DIGGS TAYLOR
                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 22, 2010.

Julie Hairston
P. O. Box 36606
Gross Pointe, MI 48236

                                                s/Deborah R.Tofil
                                                Case Manager